MELISSA W. COOK, ESQ.; SBN: 134791
mwccoast@aol.com
ALLISON R. LEMESHEWSKY, ESQ.; SBN: 270254
arlemesh@sbcglobal.net
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

Attorneys for Board of Trustees of the Tile Industry Health and Welfare Fund

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) Case No.  6:15-bk-16759-SY |
| | ) |
| MARBELLA FLOORING, INC., | ) CREDITOR'S NOTICE OF |
| | ) APPEARANCE AND REQUEST FOR |
| Debtor, | ) SPECIAL NOTICE AND INCLUSION |
| | ) ON MAILING LIST |
| | ) |
| | ) |

PLEASE TAKE NOTICE that the undersigned attorneys enter their notice of appearance in the above-entitled case on behalf of creditors, the Board of Trustees of the Tile Industry Health and Welfare Fund, and give this notice of appearance and request notice of all matters that must be noticed to creditors, the Trustee, the Debtors, or other parties in interest, and further request notice of Limited Notice Proceedings.  For purposes of notice and service, the following address shall be used:

        Board of Trustees of the Tile Industry Health and Welfare Fund
        c/o MELISSA W. COOK, ESQ.
        ALLISON R. LEMESHEWSKY, ESQ.
        MELISSA W. COOK & ASSOCIATES
        3444 Camino del Rio North, Suite 106
        San Diego, California 92108
        Telephone:  (619) 280-4302
        Facsimile:   (619) 280-4304
        mwccoast@aol.com
        arlemesh@sbcglobal.net

JJK/ldt/2161.17.04(A).wpd

Creditors' Notice of Appearance and Req. For Special Notice, etc.                    Case No. 6:15-bk-16759-SY

1       This request includes the type of notice referred to in Bankruptcy Rules

2   2002(i) and 3017(a), 4001, 9007 and Section 1109(b) of the Bankruptcy Code, and

3   also includes without limitation, all schedules, notices of any orders, applications,

4   complaints, answers, demands, replies, hearings, motions, petitions, pleadings,

5   disclosure statements, plans, requests, memoranda or briefs in support of any of the

6   foregoing, and any other documents brought before the court in this case, whether

7   formal or informal, whether written or oral, and whether transmitted or conveyed

8   by mail, delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

9

10   Dated: November _9_, 2015      MELISSA W. COOK & ASSOCIATES

11

12                            By: /S/Allison R. Lemeshewsky
                           Allison R. Lemeshewsky

13                              Attorneys for the Board of Trustees
                           of the Tile Industry Health and

14                              Welfare Fund

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Creditors' Notice of Appearance and Req. For Special Notice, etc.        Case No. 6:15-bk-16759-SY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): Creditor's Notice of Appearance and Request
for Special Notice and Inclusion on Mailing LIst

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __11/09/2015____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Lazaro E. Fernandez, Esq. | Robert Whitmore | Honorable Judge Scott H. Yun |
| Law Offices of Lazaro E. Fernandez | 3600 Lime Street, #616 | US Bankruptcy Court, Central District |
| 3600 Lime Street, Suite 614 | Riverside,CA 62515 | 3420 Twelfth Street, #345/Courtroom 302 |
| Riverside, CA 92501 | | Riverside, CA 92501-3819 |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/09/2015 | Luisa Diaz Torres | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.